UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JESUS GONZALEZ,

Plaintiff,

v. CASE NO: 24-CV-23271-DPG

FLAGLER 1164, LLC,

Defendant.
_____________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, JESUS GONZALEZ, and Defendant, FLAGLER 1164, LLC, by and through their undersigned counsel, hereby advise the Court that the Parties have reached a settlement. The Plaintiff will file a Stipulation dismissing this Action with prejudice no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this 25th day of September, 2024.

/s/ Nolan Klein
Nolan Klein
Florida Bar No. 647977
Law Offices of Nolan Klein, P.A.
5550 Glades Road, Suite 500
Ft. Lauderdale, FL 33301
Telephone: 954-745-0588
Email : klein@nklegal.com
Counsel for Plaintiff

/s/ Rodolfo Gomez
Rodolfo Gomez
Florida Bar No. 0820903
FordHarrison
One SE Third Avenue, Suite 2130
Miami, FL 33131
Telephone 305-808-2100
Email: rgomez@fordharrison.com
Counsel for Defendant

/s/ Joshua M. Entin
Joshua M. Entin
Florida Bar No. 493724
Entin Law Group, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954-761-7201
Email: josh@entinlaw.com
Co-counsel for Plaintiff